LYONETTE SILKS, INCORPORATED, Appellant, *v.* K. WILBUR DOLSON COMPANY, Respondent.

*Lyonette Silks, Inc.,* v. *Dolson Co.,* 187 App. Div. 473, appeal dismissed.

(Submitted April 12, 1920; decided April 20, 1920.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1919, reversing an order of Special Term denying a motion, by defendant, for judgment on the pleadings and granting said motion.

The motion was made upon the ground that an appeal did not lie as of right to the Court of Appeals from the order of reversal and that permission to appeal had not been obtained.

*Irving S. Ottenberg* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH MILANO, Appellant.

(Submitted April 12, 1920; decided April 20, 1920.)

Motion for re-argument denied.   (See 227 N. Y. 650.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH USEFOF, Appellant.

(Submitted April 12, 1920; decided April 20, 1920.)

Motion for re-argument denied.   (See 227 N. Y. 622.)